# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE CONGREGATION OF SAINT
ELIZABETH ROMAN CATHOLIC
CHURCH

VERSUS

T2J PARTNERS, LLC (D/B/A FPS
RECOVERY), SHIELDTECH
ROOFING SOLUTIONS, LLC AND
GREEN GENERAL CONTRACTORS
LLC

NO.   2024 CW 0786

**NOVEMBER 18, 2024**

---

In Re:   T2J Partners, LLC d/b/a FPS Recovery, applying for
supervisory writs, 23rd Judicial District Court, Parish
of Assumption, No. 38698.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                                    **MRT**
                                    **WRC**
                                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT